UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MOORBERG,<br><br>         Plaintiff,<br><br>    v.<br><br>BENSUSSEN DEUTSCH & ASSOCIATES, INC.; and DOES 1 - 100, inclusive,<br><br>         Defendants. | Case No. C 14-04227 EDL<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT** |

Under consideration of the Stipulation to Remand Action to State Court filed by Defendant Bensussen Deutsch & Associates, Inc., it is hereby ORDERED that this action be remanded forthwith to the San Francisco County Superior Court.

Dated: September 30, 2014

_____
Hon. Elizabeth D. La Porte
United States Magistrate Judge